| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.N. LBR 9004-1(b)**<br>Rebecca A. Solarz, Esq.<br>Denise Carlon, Esq.<br>Brian C. Nicholas, Esq.<br>KML Law Group, P.C.<br>216 Haddon Avenue, Suite 406<br>Westmont, NJ 08108<br>Main Number: (609) 250-0700<br>rsolarz@kmllawgroup.com<br>dcarlon@kmllawgroup.com<br>bnicholas@kmllawgroup.com<br>Attorneys for Ditech Financial LLC | |
| In Re:<br>Osiris E. Padilla aka Osiris Funez, aka Osiris Padillafunez, aka Osiris Rufino<br><br>Debtor | Case No: <u>18-25358 JNP</u><br><br>Chapter: <u>13</u><br><br>Judge: Jerrold N. Poslusny Jr. |

**NOTICE OF APPEARANCE**

  Please take notice that in accordance with Fed R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Ditech Financial LLC. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:

216 Haddon Avenue, Ste. 406
Westmont, NJ 08108

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.
☒ All documents and pleadings of any nature.

Date: 08/15/2018

    **/s/ Rebecca A. Solarz, Esquire**
    Rebecca A. Solarz, Esquire
    Kevin G. McDonald, Esquire
    Denise Carlon, Esquire
    Brian C. Nicholas, Esquire
    **KML Law Group, P.C.**
    216 Haddon Avenue, Ste. 406
    Westmont, NJ 08108
    (609) 250-0700 (NJ)
    (215) 627-1322 (PA)
    FAX: (609) 385-2214
    Attorney for Movant/Applicant

*new 8/1/15*