Certificate Number: 05781-NJ-DE-031504823

Bankruptcy Case Number: 18-25358



05781-NJ-DE-031504823

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 21, 2018, at 1:11 o'clock PM PDT, Osiris Padilla completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:   August 21, 2018                By:    /s/Allison M Geving

                                       Name:  Allison M Geving

                                       Title: President