B2100A (Form 2100A) (12/15)

# United States Bankruptcy Court
District of New Jersey

In re   Osiris E. Padilla                                                                      Case No.  18-25358-JNP

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| MTGLQ Investors, LP | MTGLQ Investors, LP |
|---|---|
| _____ | _____ |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee
Should be sent:

Court Claim # (if known):  8-1
Amount of Claim: $157,930.91 (secured)
Date Claim Filed: 10/10/2018

MTGLQ Investors, LP
c/o Rushmore Loan Management Services
P.O. Box 55004
Irvine, CA 92619-2708

Phone: _____          Phone: _____
Last Four Digits of Acct #: 2605                Last Four Digits of Acct #: 6431

Name and Address where transferee payments
should be sent (if different from above):

MTGLQ Investors, LP
c/o Rushmore Loan Management Services
P.O. Box 52708
Irvine, CA 92619-2708

Phone: _____
Last Four Digits of Acct #: 2605

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:   /s/Brian E. Caine, Esq.                                   Date:  1/22/2019
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## Certificate of Service

I certify that the foregoing Transfer of Claim has been served on the following:

**OSIRIS E. PADILLA**
21 Charles Ave
Pleasantville, NJ 08232-2503
**Debtors – Served Via Regular Mail**

**THOMAS J SUBRANNI**
SUBRANNI ZAUBER
1624 Pacific Avenue
Atlantic City, NJ 08401
**Debtor's Attorney – Served Electronically & Regular Mail**

**ISABEL C. BALBOA**
Chapter 13 Standing Trustee
Cherry Tree Corporate Center
535 Route 38 - Suite 580
Cherry Hill, NJ 08002
**Chapter 13 Trustee-Served Electronically & Regular Mail**

Signed: /s/ Brian E. Caine    Title: Attorney    Date:    1/22/2019
Direct Telephone No. 856-985-4059    Mail, Fax or Email address:
bcaine@parkermccay.com