UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
SUBRANNI ZAUBER LLC
1624 Pacific Avenue
Atlantic City, NJ 08401
(609) 347-7000; Fax (609) 345-4545
Attorneys for Debtor(s)
By: Jeanie D. Wiesner, Esq.  JW3209
jwiesner@subranni.com

In Re:

Osiris E. Padilla
Debtor

Order Filed on March 26, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 18-25358-JNP

Chapter: 13

Judge: Poslusny, Jr.

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: March 26, 2020**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Jeanie D. Wiesner, Esq._____, the applicant, is allowed a fee of $ \_\_\_402.50\_\_\_ for services rendered and expenses in the amount of $\_\_\_0.00\_\_\_ for a total of $\_\_\_402.50\_\_\_. The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $\_\_\_327.00\_\_\_ per month for \_\_\_40\_\_\_ months to allow for payment of the above fee.

rev.8/1/15