B2100A (Form 2100A) (12/15)

# United States Bankruptcy Court
District of New Jersey

In re   Osiris E. Padilla                                                             Case No.  18-25358-JNP

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| U.S. Bank Trust National Association, as Trustee of Tiki Series IV Trust | MTGLQ Investors, LP |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee Should be sent:

U.S. Bank Trust National Association, Et al.
c/o Rushmore Loan Management Services
P.O. Box 55004
Irvine, CA 92619-2708

Phone: _____
Last Four Digits of Acct #: 2605

Court Claim # (if known):  8-1
Amount of Claim: $157,930.91 (secured)
Date Claim Filed: 10/10/2018

Phone: _____
Last Four Digits of Acct #: 2605

Name and Address where transferee payments should be sent (if different from above):

U.S. Bank Trust National Association, Et al.
c/o Rushmore Loan Management Services
P.O. Box 52708
Irvine, CA 92619-2708

Phone: _____
Last Four Digits of Acct #: 2605

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  /s/Brian E. Caine, Esq.                                  Date:  1/04/2021
Transferee/Transferee's Agent
*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## **Certificate of Service**

I certify that the foregoing Transfer of Claim has been served on the following:

Osiris E. Padilla
21 Charles Ave
Pleasantville, NJ 08232-2503
**Debtor – Served Via Regular Mail**

Jeanie D. Wiesner, Esq.
Subranni Zauber
Willow Ridge Executive Office Park
750 Route 73 South - Suite 307B
Marlton, NJ 08053
**Debtor's Attorney – Served Electronically**

ISABEL C. BALBOA
Chapter 13 Standing Trustee
Cherry Tree Corporate Center
535 Route 38 - Suite 580
Cherry Hill, NJ 08002
**Chapter 13 Trustee-Served Electronically & Regular Mail**

Date:  January 4, 2021

/s/Brian E. Caine
Brian E. Caine, Esq.
PARKER McCAY P.A.
9000 Midlantic Drive, Suite 300
Mount Laurel, NJ  08054
(856) 985-4059
bcaine@parkermccay.com