ISABEL C. BALBOA [*ICB-99001-00*]

## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2020 to 12/31/2020
**Case Number: 18-25358 (JNP)**

Osiris E. Padilla
21 Charles Avenue
Pleasantville, NJ  08232-2503

Monthly Payment: $327.00
Payments / Month: 1
Current Trustee Comp.: 8.40%

#### The following are receipts posted in this case within the above dates:

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/28/2020 | $315.00 | 02/28/2020 | $315.00 | 03/24/2020 | $315.00 | 04/17/2020 | $315.00 |
| 05/26/2020 | $327.00 | 06/29/2020 | $327.00 | 07/23/2020 | $327.00 | 09/01/2020 | $327.00 |
| 09/30/2020 | $327.00 | 11/02/2020 | $327.00 | 12/01/2020 | $327.00 | | |

#### The following are the creditors who are set up to be paid through this plan:

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | OSIRIS E. PADILLA | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | JEANIE D. WIESNER, ESQUIRE | 13 | $3,000.00 | $3,000.00 | $0.00 | $2,139.50 |
| 0 | JEANIE D. WIESNER, ESQUIRE | 13 | $402.50 | $402.50 | $0.00 | $0.00 |
| 1 | ADVANCED CARE OB/GYN | 33 | $146.94 | $0.00 | $146.94 | $0.00 |
| 2 | ATLANTIC CITY ELECTRIC COMPANY | 33 | $448.88 | $0.00 | $448.88 | $0.00 |
| 3 | BAC HOME LOANS SERV. LP | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | BMW BANK OF NORTH AMERICA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | BANK OF AMERICA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $3,596.14 | $0.00 | $3,596.14 | $0.00 |
| 7 | CAPITAL ONE BANK USA, N.A. | 33 | $9,545.30 | $0.00 | $9,545.30 | $0.00 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $894.02 | $0.00 | $894.02 | $0.00 |
| 9 | JPMORGAN CHASE BANK, N.A. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | CITY OF NY C/O FIRE DEPT. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | CLIENT SERVICES INC. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | CREDIT ONE BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | MTGLQ INVESTORS, LP | 24 | $14,016.71 | $4,189.69 | $9,827.02 | $1,042.63 |
| 14 | FIRST FED CREDIT CONTROL | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | FORSTER, GARBUS & GARBUS | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | GIANINA M. ABREU SOTO | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | KML LAW GROUP | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | CAPITAL ONE, N.A. | 33 | $552.04 | $0.00 | $552.04 | $0.00 |
| 19 | LYONS, DOUGHTY & VELDHUIS, P.C. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | MERRICK BANK | 33 | $2,464.28 | $0.00 | $2,464.28 | $0.00 |
| 21 | MYRNA E. SOTO | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22 | NATIONAL RECOVERY AGENCY | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23 | PHILLIPS & COHEN ASSOC., LTD | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24 | PROGRESSIVE FINANCIAL SERVICES INC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25 | TD BANK, N.A. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|-----|---------------|-----|-----------|-----------|-------------|------------------|
| 26 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 27 | VALLEY NATIONAL BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 29 | THOMAS J SUBRANNI | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 30 | CAPITAL ONE BANK USA, N.A. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|------------|------------|---------|
| 09/01/2018 | 2.00 | $0.00 |
| 11/01/2018 | Paid to Date | $936.00 |
| 12/01/2018 | 17.00 | $315.00 |
| 05/01/2020 | 40.00 | $327.00 |
| 09/01/2023 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $3,549.00 |
| Total paid to creditors this period: | $3,182.13 |
| Undistributed Funds on Hand: | $299.53 |
| Arrearages: | $327.00 |
| Attorney: | JEANIE D. WIESNER, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**