UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

PARKER McCAY P.A.
BRIAN E. CAINE, ESQ.
9000 Midlantic Drive; Suite 300
P.O. Box 5054
Mt. Laurel, New Jersey 08054
(856) 985-4059
Attorney for U.S. Bank Trust National Association, as Trustee of Dwelling Series IV Trust, its successors and/or assigns

Order Filed on August 3, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Osiris E. Padilla

Case No. 18-25358-JNP
Hearing: August 3, 2021

Judge: Jerrold N. Poslusny Jr.

## ORDER VACATING AUTOMATIC STAY
## AS TO REAL PROPERTY

The relief set forth on the following pages, numbered two (2) through two (2) are hereby **ORDERED**.

**DATED: August 3, 2021**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor: Osiris E. Padilla
Case No: 18-25358-JNP
Caption of Order: ORDER VACATING AUTOMATIC STAY AS TO REAL PROPERTY

---

Upon the motion of U.S. Bank Trust National Association, as Trustee of Dwelling Series IV Trust, its successors and/or assigns, ("Movant"), for relief from the automatic stay under section 362 as to certain real property as herein set forth, and for cause shown, it is hereby:

ORDERED that the automatic stay under section 362 is vacated to permit the Movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the Movant's rights in the following real property:

*21 Charles Avenue, Pleasantville, New Jersey 08232*

It is further ORDERED that the Movant may join the Debtor and any Trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The Movant shall serve this order on the Debtor, Debtor's attorney, any trustee and any other party who entered an appearance on the motion.