UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

PARKER McCAY P.A.
BRIAN E. CAINE, ESQ.
9000 Midlantic Drive; Suite 300
P.O. Box 5054
Mt. Laurel, New Jersey 08054
(856) 985-4059
Attorney for U.S. Bank Trust National Association, as Trustee of Dwelling Series IV Trust, its successors and/or assigns

Order Filed on August 3, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Osiris E. Padilla

Case No. 18-25358-JNP
Hearing: August 3, 2021

Judge: Jerrold N. Poslusny Jr.

# ORDER VACATING AUTOMATIC STAY
## AS TO REAL PROPERTY

The relief set forth on the following pages, numbered two (2) through two (2) are hereby **ORDERED**.

**DATED: August 3, 2021**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor: Osiris E. Padilla
Case No: 18-25358-JNP
Caption of Order: ORDER VACATING AUTOMATIC STAY AS TO REAL PROPERTY

---

Upon the motion of U.S. Bank Trust National Association, as Trustee of Dwelling Series IV Trust, its successors and/or assigns, ("Movant"), for relief from the automatic stay under section 362 as to certain real property as herein set forth, and for cause shown, it is hereby:

ORDERED that the automatic stay under section 362 is vacated to permit the Movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the Movant's rights in the following real property:

*21 Charles Avenue, Pleasantville, New Jersey 08232*

It is further ORDERED that the Movant may join the Debtor and any Trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The Movant shall serve this order on the Debtor, Debtor's attorney, any trustee and any other party who entered an appearance on the motion.

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 18-25358-JNP |
| Osiris E. Padilla | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Aug 03, 2021 | Form ID: pdf903 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 05, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Osiris E. Padilla, 21 Charles Ave, Pleasantville, NJ 08232-2503 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 05, 2021          Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 3, 2021 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Brian E Caine | |
| | on behalf of Creditor MTGLQ Investors  L.P. bcaine@parkermccay.com, BKcourtnotices@parkermccay.com |
| Brian E Caine | |
| | on behalf of Creditor U.S. Bank Trust National Association  as Trustee of Dwelling Series IV Trust bcaine@parkermccay.com, BKcourtnotices@parkermccay.com |
| Brian E Caine | |
| | on behalf of Creditor U.S. Bank Trust National Association  as Trustee of Tiki Series IV Trust bcaine@parkermccay.com, BKcourtnotices@parkermccay.com |
| Denise E. Carlon | |
| | on behalf of Creditor MTGLQ Investors  L.P. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | |
| | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | |
| | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Jeanie D. Wiesner | |
| | on behalf of Debtor Osiris E. Padilla jeanie@sadeklaw.com |

| District/off: 0312-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Aug 03, 2021 | Form ID: pdf903 | Total Noticed: 1 |

Rebecca Ann Solarz
    on behalf of Creditor Ditech Financial LLC rsolarz@kmllawgroup.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9