| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>PARKER McCAY P.A.<br>Brian E. Caine, Esq.<br>9000 Midlantic Drive, Suite 300<br>P.O. Box 5054<br>Mount Laurel, New Jersey  08054<br>(856) 985-4059<br>Attorney for U.S. Bank Trust National Association, as Trustee of Dwelling Series IV Trust | Order Filed on September 21, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Osiris E. Padilla | CASE NO.  18-25358-JNP<br>Chapter:  13<br>Hearing: September 21, 2021<br>Judge:  Jerrold N. Poslusny, Jr. |

## ORDER RESOLVING
## DEBTOR'S MOTION TO VACATE RELIEF ORDER

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: September 21, 2021**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor:   Osiris E. Padilla
Case No:  18-25358-JNP
Caption of Order:  Order Resolving Debtor's Motion to Vacate Relief Order

Upon consideration of the Debtor's motion to vacate the relief order entered on August 3, 2021 at docket number 41 granting U.S. Bank Trust National Association, as Trustee of Dwelling Series IV Trust, its successors and/or assigns, (hereinafter "U.S. Bank Trust") relief from the automatic stay as to 21 Charles Ave., Pleasantville, NJ 08232, and upon consideration of the resolution reached between the Debtor and U.S. Bank Trust resolving said motion, and the Court noting the consent of the parties to the form, substance and entry of the within Order; and for cause shown, it is hereby;

**ORDERED** as follows:

1. The Order granting relief from stay as to 21 Charles Ave., Pleasantville, NJ 08232 entered on August 3, 2021 at docket number 41 is ***VACATED***.

2. The Debtor agrees to bring the account current, post-petition by September 21, 2021. This date is time being of the essence.

3. Commencing with the October 1, 2021 regular monthly post-petition mortgage payment and continuing each month thereafter for the duration of this Chapter 13 proceeding, Debtor shall remit payments directly to Movant as same come due.

4. Debtor shall reimburse secured creditor through their Chapter 13 Plan of Reorganization, as an administrative claim, the sum of $1,038.00 for attorney's fees and costs incurred in the preparation and prosecution of the motion for relief from stay filed July 9, 2021.

5. **Thirty-Day Default Clause:**   If the Debtor should default and fail to make the payments stated herein or any future payments that come due during the pendency of this case to Movant for more than (30) days from the due date, then upon Certification of Default of said payments in accordance herewith submitted by secured creditor's counsel, and under the timeframe providing for any opposition filed under LBR 4001-1(b)(2), the Court shall enter a General Relief Order, vacating the automatic stay of 11 *U.S.C.* §362(a) stay with respect to the realty commonly known as 21 Charles Ave., Pleasantville, NJ 08232.  *Except, there is no 30-day waiting period to certify default if the Debtor fails to bring the account current post-petition by September 21, 2021 per paragraph 2, above.*