UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

Osiris E. Padilla
debtor

| | |
|---|---|
| Case No.: | 18-25358 |
| Chapter: | 13 |
| Judge: | JNP |

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, _____ Osiris E. Padilla _____ , debtor in this case, certify as
follows:

1. All payments required to be made by me under my plan have been made and are paid
   in full.

2. ☑ I am not required to pay domestic support obligations.

   ☐ I am required to pay domestic support obligations and I have paid all amounts
   payable under court order or statute that were due on or before the date of this
   certification.

I certify under penalty of perjury that the above is true.

Date: 09/13/2023 _____

/s/ Osiris E. Padilla _____
Debtor's Signature

**IMPORTANT**:

- **Each debtor in a joint case must file a separate Certification in Support of Discharge.**
- **A discharge will not be entered for a debtor who fails to file a completed Certification in
  Support of Discharge.**

*rev.8/1/18*