UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

Jason Schwartz, Esq.
Friedman Vartolo LLP
1325 Franklin Avenue, Suite 160
Garden City, NY 11530
Attorneys for SN Servicing Corporation as servicer for U.S. Bank Trust National Association, as Trustee of Dwelling Series IV Trust Participation Trust
P: (212) 471-5100
Bankruptcy@FriedmanVartolo.com

_____

IN RE:

Osiris E. Padilla,
aka Osiris Funez,
aka Osiris Padillafunez,
aka Osiris Rufino,
Debtor(s)

CASE NO.: 18-25358-JNP

CHAPTER: 13

HON. JUDGE.:
Jerrold N. Poslusny Jr.

Order Filed on November 8, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

## ORDER VACATING AUTOMATIC STAY

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

**DATED: November 8, 2023**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Upon the motion of SN Servicing Corporation as servicer for U.S. Bank Trust National Association, as Trustee of Dwelling Series IV Trust Participation Trust, on behalf of its successors and/or assigns (hereinafter collectively "Secured Creditor" and/or "Movant") under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

**ORDERED** that the automatic stay of Bankruptcy Code Section 362(a) is vacated to permit the Movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant`s rights in the following:

[x] Real property commonly known and more fully described as: 21 Charles Avenue, Pleasantville, NJ 08232

**ORDERED** that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code; and it is further

**ORDERED**, that the stay afforded by 11 U.S.C. §362(a) be, and is hereby, modified to permit SN Servicing Corporation as servicer for U.S. Bank Trust National Association, as Trustee of Dwelling Series IV Trust Participation Trust, its successors and/or assigns, to pursue its rights under applicable state law with respect to the premises 21 Charles Avenue, Pleasantville, NJ 08232; and it is further

**ORDERED**, that the instant order is binding in the event of a conversion; and it is further

**ORDERED**, that the trustee be informed of any surplus monies resulting from the sale of the collateral; and it is further

**ORDERED**, that the movant shall serve this order on the debtor, any trustee, and any other party who entered an appearance on the motion.

United States Bankruptcy Court

District of New Jersey

In re:                                                                                       Case No. 18-25358-JNP
Osiris E. Padilla                                                                            Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Nov 13, 2023 | Form ID: pdf903 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 15, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Osiris E. Padilla, 21 Charles Ave, Pleasantville, NJ 08232-2503 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2023          Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 13, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | ecfmail@standingtrustee.com |
| Brian E Caine | on behalf of Creditor MTGLQ Investors L.P. bcaine@parkermccay.com, BKcourtnotices@parkermccay.com |
| Brian E Caine | on behalf of Creditor U.S. Bank Trust National Association as Trustee of Dwelling Series IV Trust bcaine@parkermccay.com, BKcourtnotices@parkermccay.com |
| Brian E Caine | on behalf of Creditor U.S. Bank Trust National Association as Trustee of Tiki Series IV Trust bcaine@parkermccay.com, BKcourtnotices@parkermccay.com |
| David Coats | on behalf of Creditor U.S. Bank Trust National Association as Trustee of Dwelling Series IV Trust bknotifications@ghidottiberger.com |
| Denise E. Carlon | on behalf of Creditor MTGLQ Investors L.P. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Ditech Financial LLC dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Nov 13, 2023 | Form ID: pdf903 | Total Noticed: 1 |

Isabel C. Balboa
    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com

Jason Brett Schwartz
    on behalf of Creditor U.S. Bank Trust National Association as Trustee of Dwelling Series IV Trust bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com

Jeanie D. Wiesner
    on behalf of Debtor Osiris E. Padilla jeanie@sadeklaw.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 11