| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Osiris E. Padilla<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–6236<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   18–25358–JNP | | |

# Order of Discharge                                                                                             12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

> Osiris E. Padilla
> aka Osiris Funez, aka Osiris Padillafunez, aka Osiris Rufino

12/14/23                                       **By the court:** Jerrold N. Poslusny Jr.
                                                                    United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W                          **Chapter 13 Discharge**                                    page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  
Osiris E. Padilla  
    Debtor

Case No. 18-25358-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 4  
Date Rcvd: Dec 14, 2023    Form ID: 3180W    Total Noticed: 42

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 16, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Osiris E. Padilla, 21 Charles Ave, Pleasantville, NJ 08232-2503 |
| 517677808 | | Advanced Care OB/GYN, Collection Recoveries of Northfield, PO Box 35, 201 Tilton Rd, Northfield, NJ 08225-1247 |
| 517677817 | | City of NY C/O Fire Dept., Attn: Mulooly Jeffrey Rooney, 6851 Jericho Tpke Ste 220, Syosset, NY 11791-4449 |
| 517677820 | | Ditech Financial LLC, POB 6172, Rapid City, SD 57709-0000 |
| 517677822 | #+ | Forster Garbus & Garbus, 7 Banta Place, Hackensack, NJ 07601-5604 |
| 517677823 | | Gianina M. Abreu Soto, 21 Charles Ave, Pleasantville, NJ 08232-2503 |
| 517677828 | | Myrna E. Soto, 21 Charles Ave, Pleasantville, NJ 08232-2503 |
| 517677831 | + | Progressive Financial Services Inc, POB 22083 Attn: Capital One Kohls, Tempe, AZ 85285-2083 |
| 517677833 | + | Valley National Bank, 1460 Valley Rd., Wayne, NJ 07470-8494 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 14 2023 21:55:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 14 2023 21:55:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517677809 | + | Email/Text: bankruptcy@pepcoholdings.com | Dec 14 2023 21:54:00 | Atlantic City Electric, PO Box 13610, Philadelphia, PA 19101-3610 |
| 517688628 | | Email/Text: bankruptcy@pepcoholdings.com | Dec 14 2023 21:54:00 | Atlantic City Electric Company, Pepco Holdings, Inc., Bankruptcy Division, Mail Stop 84CP42, 5 Collins Drive, Suite 2133, Carneys Point, NJ 08069-3600 |
| 517677810 | | EDI: BANKAMER | Dec 15 2023 01:53:00 | BAC Home Loans Serv. LP, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 517677811 | | EDI: BANKAMER | Dec 15 2023 01:53:00 | Bank of America, POB 982235, El Paso, TX 79998-2235 |
| 517677813 | | EDI: BMW.COM | Dec 15 2023 01:53:00 | BMW Financial Services-Credit, PO Box 3608, Dublin, OH 43016-0306 |
| 517677812 | | EDI: TSYS2 | Dec 15 2023 01:53:00 | Barclays Bank Delaware, POB 8833, Wilmington, DE 19899-8833 |
| 517744103 | | EDI: CAPITALONE.COM | Dec 15 2023 01:53:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 517677814 | + | EDI: CAPITALONE.COM | Dec 15 2023 01:53:00 | Capital One Bank USA NA, POB 30281, Salt Lake City, UT 84130-0281 |

Case 18-25358-JNP    Doc 68    Filed 12/16/23    Entered 12/17/23 00:18:44    Desc Imaged
Certificate of Notice    Page 4 of 6

| District/off: 0312-1 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Dec 14, 2023 | Form ID: 3180W | Total Noticed: 42 |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| 517765884 | | Email/PDF: bncnotices@becket-lee.com | Dec 14 2023 22:03:25 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517677818 | + | Email/Text: mediamanagers@clientservices.com | Dec 14 2023 21:53:00 | Client Services Inc., 3451 Harry S Truman Blvd, St. Charles, MO 63301-9816 |
| 517677819 | | Email/PDF: creditonebknotifications@resurgent.com | Dec 14 2023 21:22:39 | Credit One Bank, POB 98872, Las Vegas, NV 89193-8872 |
| 517677821 | | Email/Text: rj@ffcc.com | Dec 14 2023 21:54:00 | First Fed Credit Control, 2470 Chagrin Blvd Ste 205, Beachwood, OH 44122 |
| 517677815 | | EDI: JPMORGANCHASE | Dec 15 2023 01:53:00 | Chase Bank USA, POB 15298, Wilmington, DE 19850 |
| 517677816 | | EDI: JPMORGANCHASE | Dec 15 2023 01:53:00 | Chase/Bank One Card Services, P.O. Box 15298, Wilmington, DE 19850 |
| 517677825 | + | Email/Text: PBNCNotifications@peritusservices.com | Dec 14 2023 21:53:00 | Kohls-Capital One, POB 3115, Milwaukee, WI 53201-3115 |
| 517677826 | + | Email/Text: BKNotice@ldvlaw.com | Dec 14 2023 21:54:00 | Lyons Doughty & Veldhuis, POB 1269 Attn: Capital One, Mt. Laurel, NJ 08054-7269 |
| 517749896 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 14 2023 21:11:14 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 517807252 | + | Email/Text: bkteam@selenefinance.com | Dec 14 2023 21:54:00 | MTGLQ INVESTORS, LP, c/o Selene Finance, LP, 9990 Richmond Ave, Suite 400 South, Houston, TX 77042-4546 |
| 517981775 | + | Email/Text: nsm_bk_notices@mrcooper.com | Dec 14 2023 21:54:00 | MTGLQ Investors, LP, c/o Rushmore Loan Management Services, P.O. Box 52708, Irvine, CA 92619-2708, MTGLQ Investors, LP, c/o Rushmore Loan Management Services 92619-2708 |
| 517981774 | | Email/Text: nsm_bk_notices@mrcooper.com | Dec 14 2023 21:54:00 | MTGLQ Investors, LP, c/o Rushmore Loan Management Services, P.O. Box 52708, Irvine, CA 92619-2708 |
| 517677827 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 14 2023 21:11:24 | Merrick Bank, POB 9201, Old Bethpage, NY 11804-9001 |
| 517677829 | + | Email/Text: Bankruptcies@nragroup.com | Dec 14 2023 21:55:00 | National Recovery Agency, 2491 Paxton St, Harrisburg, PA 17111-1036 |
| 517790541 | | EDI: PRA.COM | Dec 15 2023 01:53:00 | Portfolio Recovery Associates, LLC, C/O Capital One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |
| 517790850 | | EDI: PRA.COM | Dec 15 2023 01:53:00 | Portfolio Recovery Associates, LLC, c/o Barclaycard, POB 41067, Norfolk VA 23541 |
| 517677830 | + | Email/Text: pcabkt@phillips-cohen.com | Dec 14 2023 21:54:00 | Phillips & Cohen Assoc., Ltd, 1002 Justison Street, Wilmington, DE 19801-5148 |
| 519943904 | | Email/Text: bknotices@snsc.com | Dec 14 2023 21:55:00 | SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501 |
| 519943905 | | Email/Text: bknotices@snsc.com | Dec 14 2023 21:55:00 | SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501, SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501 |
| 517681093 | + | EDI: SYNC | Dec 15 2023 01:53:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517677832 | | EDI: TDBANKNORTH.COM | Dec 15 2023 01:53:00 | TD Bank N.A., PO Box 219, Lewiston, ME 04243-0000 |
| 519065062 | + | Email/Text: nsm_bk_notices@mrcooper.com | Dec 14 2023 21:54:00 | U.S. Bank Trust National Association, et al., c/o Rushmore Loan Management Services, P.O. Box 52708, Irvine, CA 92619-2708, U.S. Bank Trust National Association, et, c/o Rushmore Loan |

| District/off: 0312-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Dec 14, 2023 | Form ID: 3180W | Total Noticed: 42 |

| 519065061 | Email/Text: nsm_bk_notices@mrcooper.com | | |
|---|---|---|---|
| | | Dec 14 2023 21:54:00 | Management Services 92619-2708<br>U.S. Bank Trust National Association, et al., c/o Rushmore Loan Management Services, P.O. Box 52708, Irvine, CA 92619-2708 |

TOTAL: 33

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517677824 | ## | KML Law Group, 216 Haddon Ave Ste 406, Westmont, NJ 08108-2812 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 16, 2023        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 14, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | ecfmail@standingtrustee.com |
| Brian E Caine | on behalf of Creditor MTGLQ Investors L.P. bcaine@parkermccay.com, BKcourtnotices@parkermccay.com |
| Brian E Caine | on behalf of Creditor U.S. Bank Trust National Association as Trustee of Dwelling Series IV Trust bcaine@parkermccay.com, BKcourtnotices@parkermccay.com |
| Brian E Caine | on behalf of Creditor U.S. Bank Trust National Association as Trustee of Tiki Series IV Trust bcaine@parkermccay.com, BKcourtnotices@parkermccay.com |
| David Coats | on behalf of Creditor U.S. Bank Trust National Association as Trustee of Dwelling Series IV Trust bknotifications@ghidottiberger.com |
| Denise E. Carlon | on behalf of Creditor MTGLQ Investors L.P. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Ditech Financial LLC dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Jason Brett Schwartz | on behalf of Creditor U.S. Bank Trust National Association as Trustee of Dwelling Series IV Trust bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com |
| Jeanie D. Wiesner | on behalf of Debtor Osiris E. Padilla jeanie@sadeklaw.com |

District/off: 0312-1 | User: admin | Page 4 of 4
Date Rcvd: Dec 14, 2023 | Form ID: 3180W | Total Noticed: 42

U.S. Trustee
                USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 11