Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

                                        Case No.:  18–25358–JNP
                                        Chapter:  13
                                        Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Osiris E. Padilla
   aka Osiris Funez, aka Osiris Padillafunez,
   aka Osiris Rufino
   21 Charles Ave
   Pleasantville, NJ 08232–2503

Social Security No.:
   xxx–xx–6236

Employer's Tax I.D. No.:

---

## FINAL DECREE

     The estate of the above named debtor(s) has been fully administered.

     If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

     ORDERED that Andrew B Finberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: <u>January 12, 2024</u>                  <u>Jerrold N. Poslusny Jr.</u>
                                                 Judge, United States Bankruptcy Court